UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

RICHARD PATTON, JR.,

    Plaintiff,

V.

K. HALL, et al.,

    Defendants.

Civil Action No. 7: 17-142-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Richard Patton, Jr.'s Complaint [R. 1] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendants.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated February 20, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY